IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARAH FREENEY,<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART INC.,<br><br>  Defendant. | CIVIL ACTION NO.<br>1:25-cv-03216-TRJ |

### ORDER

Defendant Walmart Inc. filed an Answer to Plaintiff's Complaint on July 7, 2025. (Doc. 3). Under Local Rule 16.2, the parties are required to file a Joint Preliminary Report and Discovery Plan within 30 days after the appearance of the first defendant by answer or motion. *Pro se* litigants and opposing counsel are permitted to file separate statements. Here, the parties have not complied with their obligations under Local Rule 16.2. Accordingly, the parties are **ORDERED** to submit a Joint Preliminary Report and Discovery Plan or separate statements by **August 14, 2025**. Failure to comply with this Order may result in the imposition of sanctions, including dismissal of the case or entry of a default judgment.

SO ORDERED, this 7th day of August, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge