IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SARAH FREENEY,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:25-cv-03216-TRJ |

## SCHEDULING ORDER

This matter is before the Court upon review of the parties' Joint Preliminary Report and Discovery Plan. (Doc. 11). This case is assigned to a four-month discovery track. In their Joint Preliminary Report and Discovery Plan, Plaintiff requests a four-month discovery period, while Defendant requests an eight-month discovery period. (*Id.* at 10–11). The Court approves the parties' Joint Preliminary Report and Discovery Plan, including Defendant's request for an eight-month discovery period. No further extensions of the discovery period will be granted absent a particularized showing of extraordinary circumstances previously unforeseen to the parties, a statement of what discovery has occurred as of the date of the request, and a timeline of what discovery remains and prospective dates of completion. The Court does not consider foreseeable events (e.g., holidays, personal travel) as a basis for further extensions of the discovery period.

**IT IS HEREBY ORDERED** that the parties shall have until **April 6, 2026** to complete discovery. Summary judgment motions shall be due on or before **May 6,**

**2026**. If no summary judgment motions are filed, the parties must submit a proposed consolidated pretrial order, consistent with Local Rule 16.4, by **May 6, 2026**. However, if a summary judgment motion is filed, the proposed consolidated pretrial order shall be due within 30 days of the Court's ruling on the motion for summary judgment.

**IT IS FURTHER ORDERED** that, in addition to the above deadlines, the parties must also adhere to the Guidelines to Parties and Counsel in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson and any additional deadlines contained therein. (Doc. 5). Failure to comply with this Order or the Guidelines may result in the imposition of sanctions, including the dismissal of this action or a default judgment.

SO ORDERED, this 8th day of August, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge